UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33376 |
|---|---|
| BRIGGS A. HENSEL | (Chapter 13) |
| JANICE E. HENSEL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077800**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 25 | UNITED TELEPHONE COMPANY OF OH<br>BOX 872967<br>KANSAS CITY, MO  64817 | 43.76 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service　　　　08-33376

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRIGGS A. HENSEL
JANICE E. HENSEL
4186 SPYGLASS HILL
MASON, OH  45040

KRISTIN RADWANICK
3131 S DIXIE DR
STE 400A
MORAINE, OH  45439

(24.1n)
ASCENSION CAPITAL GROUP
ATTN CAPITAL ONE DEPT
BOX 201347
ARLINGTON, TX  76006

(1006.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(31.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(28.1n)
RECOVERY MANAGEMENT SYSTEM
FOR GE MONEY BANK
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131

(29.1n)
RYAN HEMMERLE
REISNFELD & ASSOCIATES LPA LLC
3962 RED BANK ROAD
CINCINNATI, OH  45227

(25.1)
UNITED TELEPHONE COMPANY OF OH
BOX 872967
KANSAS CITY, MO  64817

(25.3)
UNITED TELEPHONE COMPANY OF OH
BOX 7971
SHAWNEE MISSION, KS  66207

Jeffrey M. Kellner BY　　　/s/ Jeffrey M. Kellner　　　　sv