UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  BRIGGS A. HENSEL<br>  JANICE E. HENSEL<br><br>                                  Debtors | CASE NO: 08-33376<br>            (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 25 | UNITED TELEPHONE COMPANY OF OH<br>BOX 872967<br>KANSAS CITY, MO  64817 | 4.96 |

  /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service 08-33376

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| BRIGGS A. HENSEL<br>JANICE E. HENSEL<br>4186 SPYGLASS HILL<br>MASON, OH  45040 | KRISTIN RADWANICK<br>3131 S DIXIE DR<br>STE 400A<br>MORAINE, OH  45439 | (24.1n)<br>ASCENSION CAPITAL GROUP<br>ATTN CAPITAL ONE DEPT<br>BOX 201347<br>ARLINGTON, TX  76006 |
| (1006.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (31.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (28.1n)<br>RECOVERY MANAGEMENT SYSTEM<br>FOR GE MONEY BANK<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 |
| (29.1n)<br>RYAN HEMMERLE<br>REISNFELD & ASSOCIATES LPA LLC<br>3962 RED BANK ROAD<br>CINCINNATI, OH  45227 | (25.1)<br>UNITED TELEPHONE COMPANY OF OH<br>BOX 872967<br>KANSAS CITY, MO  64817 | (25.3)<br>UNITED TELEPHONE COMPANY OF OH<br>BOX 7971<br>SHAWNEE MISSION, KS  66207 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                              sv